IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Jose Alexis Montenegro Rizo, | * | |
| Petitioner, | * | |
| v. | * | Case No. 1:26-cv-00601-MJM |
| Pamela Bondi, *et al.*, | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STATUS REPORT

Pursuant to the Court's February 18, 2026, Order, the parties hereby notify the Court that on February 23, 2026, the Petitioner was released from custody.

Counsel request that the Court enter an order indicating that no further Status Reports are required, and that the case be closed.

Respectfully Submitted,

|  |  |
|---|---|
|  | Kelly O. Hayes |
|  | United States Attorney |
| */s/ Michael E Rosado* | By:  */s/ Kristy Burkhardt* |
| Michael E Rosado | Kristy A. Burkhardt |
| Law Offices of Michael E. Rosado, P.C. | Special Assistant U.S. Attorney |
| PO Box 1260 | 36 South Charles Street, 4th Floor |
| Laurel, Maryland 20725 | Baltimore, Maryland 21201 |
| (240) 641-8615 | Ph (410) 209-4806 |
| michaelerosado@gmail.com | Kristy.Burkhardt@usdoj.gov |
| *Counsel for Petitioner* | *Counsel for Respondents* |